JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON BLACHER,**<br><br>                                   Plaintiff,<br><br>          **v.**<br><br>**ELVIN VALENZUELA, et al.,**<br><br>                                   Defendant. | Case No. CV 16-561-GW(AGR)<br><br>**ORDER** |

 In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**.  Each party to bear its own litigation costs and attorney's fees.  The Court shall maintain jurisdiction for purposes of enforcement of the terms of the settlement agreement between the parties.

 IT IS SO ORDERED.

Dated:  March 19, 2018

_____

GEORGE H. WU, U.S. District Judge